# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OMAR S. FOLK, | No. 3:18-cv-02252 |
| Plaintiff, | (Judge Mariani) |
| v. | |
| BUREAU OF PRISONS, et al., | |
| Defendants. | |

**ORDER**

September 26, 2019

FILED SCRANTON
SEP 26 2019
PER _____ DEPUTY CLERK

In accordance with the accompanying memorandum, it is hereby **ORDERED** that:

1. Folk's motions for injunctive relief (Docs. 33, 46) are **DENIED**; and

2. Folk's motion to address special mail (Doc. 24), motion to compel service (Doc. 26), motion to compel Defendants to provide Folk with a copy of all Bureau of Prisons regulations (Doc. 34), and motion for a status update (Doc. 45) are **DEEMED WITHDRAWN** pursuant to Local Rule 7.5.

BY THE COURT:

Robert D. Mariani
United States District Judge