# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OMAR S. FOLK, | : | Civil No. 3:18-cv-2252 |
| Plaintiff | : | |
| v. | : | (Judge Mariani) |
| BUREAU OF PRISONS, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this ___9th___ day of March, 2020, upon consideration of the motion (Doc. 32) to dismiss filed by the DOC Defendants, and the motion (Doc. 71) to dismiss filed by Defendant Dr. Ball, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The DOC Defendants' motion (Doc. 32) to dismiss the amended complaint for Plaintiff's failure to comply with Rule 20 of the Federal Rules of Civil Procedure is **GRANTED**.

2. The amended complaint is **DISMISSED**. (Doc. 7).

3. Plaintiff is granted twenty (20) days from the date of this Order to file a proposed second amended complaint. Any second amended complaint shall comply with the Federal Rules of Civil Procedure, specifically Rules 8 and 20 as detailed in the accompanying Memorandum.

4. The second amended complaint shall contain the same case number that is already assigned to this action, 3:18-CV-2252, shall be direct and concise, and shall stand-alone without reference to any other document filed in this matter.

5. Plaintiff is admonished that failure to amend his pleading to cure the deficiencies identified in the accompanying Memorandum may result in dismissal of this action without further notice of Court.

6. Defendant Dr. Ball's motion (Doc. 71) to dismiss is **DISMISSED** as moot.

7. Plaintiff's motion (Doc. 67) to compel service is **DISMISSED** as moot.

_____
Robert D. Mariani
United States District Judge