IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OMAR S. FOLK, | : | Civil No. 3:18-cv-2252 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| BUREAU OF PRISONS, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 4th day of May, 2020, upon consideration of Plaintiff's motions (Docs. 58, 79, 92, 95) for preliminary injunction, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT** the motions (Docs. 58, 79, 92, 95) are **DENIED**.

 _s/ Robert D. Mariani_____
Robert D. Mariani
United States District Judge