IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OMAR S. FOLK, | : | Civil No. 3:18-cv-2252 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| BUREAU OF PRISONS, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 18th day of June, 2020, upon consideration of Plaintiff's motion (Doc. 54) to address special mail, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT** the motion (Doc. 54) is **DENIED**.

Robert D. Mariani
United States District Judge