IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OMAR S. FOLK, | : | Civil No. 3:18-cv-2252 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| BUREAU OF PRISONS, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 10th day of March, 2021, upon consideration of Defendant Ball's motion (Doc. 110) to dismiss, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 110) is **GRANTED**.

2. The claims against Defendant David J. Ball are **DISMISSED**.

_____
Robert D. Mariani
United States District Judge