IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OMAR S. FOLK, | : | Civil No. 3:18-cv-2252 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| BUREAU OF PRISONS, et al., | : | |
| Defendants | : | |

**ORDER**

**AND NOW**, this 10th day of March, 2021, upon consideration of the BOP Defendants' motion (Doc. 104) to dismiss, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 104) is **GRANTED**.

2. The unserved Defendants are **DISMISSED** pursuant to 28 U.S.C. § 1915(e).

3. The remaining pending motions (Docs. 133, 134, 135, 138, 142, 145, 151) are **DISMISSED** as moot.

4. The Clerk of Court is directed to **CLOSE** this case.

5. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge