**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| OMAR S. FOLK,<br><br>Plaintiff<br><br>v.<br><br>BUREAU OF PRISONS, *et al.*,<br><br>Defendants | : | Civil No. 3:18-cv-2252<br><br>(Judge Mariani) |

**ORDER**

**AND NOW**, this 6th day of November, 2026, upon consideration of Plaintiff's motion (Doc. 265) for reconsideration, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 265) is **GRANTED**.

2. The Court hereby vacates its Memorandum and Order of March 10, 2021 (Docs. 163, 164) in part, only as follows—the Court's dismissal of Plaintiff's professional negligence claim against Dr. Ball based on his failure to comply with the certificate of merit requirement is **VACATED**. The remainder of the March 10, 2021 (Docs. 163, 164) Memorandum and Order stands.

3. The Court declines to exercise supplemental jurisdiction over Plaintiff's state law professional negligence claim. *See* 28 U.S.C. § 1367(c)(3). The state law professional negligence claim against Dr. Ball is **DISMISSED** without prejudice to Plaintiff's right to refile said claim in state court.

4. Any appeal from this order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge